# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RICHARD JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0793 |
| ) | Judge Trauger |
| BRIDGETT HANDY-CLAY, Public Records ) | |
| Coordinator for the City of Memphis, ) | |
| CITY OF MEMPHIS, and JILL MADAJCZKY, ) | |
| Senior Assistant City Attorney for Memphis, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On October 12, 2010, the defendant filed a Motion To Dismiss And/Or To Transfer Venue (Docket No. 22).  Following that motion, the plaintiff filed an Amended Complaint (Docket No. 25) and then a Motion to Transfer Venue (Docket No. 26).  It appears from both motions that now the parties are in agreement that venue is not proper in this district and that this case should be transferred to the Western District of Tennessee, where proper venue does lie.  It is hereby **ORDERED** that the defendant's alternative Motion to Transfer Venue (Docket No. 22) and the plaintiff's Motion to Transfer Venue (Docket No. 26) are **GRANTED**, and it is hereby **ORDERED** that the Clerk shall **TRANSFER** this case to the United States District Court for the Western District of Tennessee, Memphis Division, for all purposes.

It is so **ORDERED**.

ENTER this 27th day of October  2010.

_____
ALETA A. TRAUGER
U.S. District Judge